UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH W. SPEED                                                                        PETITIONER

V.                                               CIVIL ACTION NO. 3:24-CV-571-KHJ-MTP

WARDEN CHILDRESS                                                                RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 27th day of May, 2025.

s/ *Kristi H. Johnson*<br>UNITED STATES DISTRICT JUDGE